IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID WAKSMAN,<br>430 State Street<br>Annapolis, MD 21403<br><br>            Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION<br>111 Monument Circle, 29th Floor<br>Indianapolis, IN 46204<br>w/s/o CT CORPORATION SYSTEM<br>1015 15th Street, NW, #1000<br>Washington, DC 20005<br><br>GUIDANT SALES CORPORATION,<br>111 Monument Circle 29th Floor<br>Indianapolis, IN 46204<br>w/s/o CT CORPORATION SYSTEM<br>1015 15th Street, NW, #1000<br>Washington, DC 20005<br><br>            Defendants. | CIVIL ACTION NO. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Guidant Corporation and Guidant Sales Corporation (collectively, "Defendants"), pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) and 28 U.S.C. § 1446, file this Notice of Removal of this cause from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, Defendants state as follows:

1.  On June 23, 2006, Plaintiff filed this action against Defendants. A copy of Plaintiff's Complaint filed in the Superior Court for the District of Columbia is attached as "Exhibit A." The action is styled as *David Waksman, 430 State Street, Annapolis, MD 21403,*

- 1 -

132127v1

*Plaintiff, v. Guidant Corporation, 111 Monument Circle, 29th Floor, Indianapolis, IN 46204, w/s/o CT Corporation System, 1015 15th Street, NW, #1000, Washington, DC 20005, Guidant Sales Corporation, 111 Monument Circle, 29th Floor, Indianapolis, IN 46204, w/s/o CT Corporation System, 1015 15th Street, NW, #1000, Washington, DC 20005,* in the Superior Court for the District of Columbia.

2. On June 28, 2006, Guidant Sales Corporation was served with Plaintiff's complaint, which was the first pleading received by Defendants setting forth the claims for relief on which this action is based. Therefore, Defendants timely file this Notice of Removal within 30 days of service, and within one year of the commencement of this action as required by 28 U.S.C. § 1446(b). Further, Defendants have not answered Plaintiff's Complaint, or otherwise appeared in the state court action. Accordingly, removal of this action is timely. No previous application for removal has been made.

3. This suit is an action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one that may be removed to this Court under the provisions of Title 28, United States Code, Section 1441. Removal under Section 1441 is appropriate in that there exists complete diversity of citizenship between Plaintiff and Defendants in the underlying cause, and the amount in controversy exceeds $75,000. This action is being removed to the District Court for the district where the action is pending.

4. Plaintiff is a citizen of the Maryland. *See* Complaint at Caption.

5. Guidant Corporation is a foreign corporation. Guidant Corporation is an Indiana corporation with its principal place of business in Indianapolis, Indiana. Thus, pursuant to 28 U.S.C. § 1332(c)(1), Guidant Corporation is a citizen of Indiana.

132127v1

6. Guidant Sales Corporation is a foreign corporation. Guidant Sales Corporation is an Indiana corporation with its principal place of business in Indianapolis, Indiana. Thus, pursuant to 28 U.S.C. § 1332(c)(1), Guidant Sales Corporation is a citizen of Indiana.

7. Pursuant to 28 U.S.C. § 1332, complete diversity of citizenship exists between Plaintiff and Defendants.

8. Based on Plaintiff's allegations and the damages sought, the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff has sued Defendants for negligence, strict liability, breach of warranty, misrepresentation and punitive damages. Plaintiff seeks damages relating to "replacement surgery, incurred medical expenses for care and treatment, and suffered physical and mental pain." *See* Complaint at ¶ 6. Plaintiff seeks damages in the amount of four million dollars ($4,000,000), which includes two million dollars ($2,000,000) for compensatory damages and two million dollars ($2,000,000) for punitive damages. *See* Complaint, p. 5.

8. As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000 and is between citizens of different states.

9. A copy of this Notice of Removal is being served on Plaintiff and filed with the Superior Court for the District of Columbia.

WHEREFORE, Defendants give notice that the matter styled as *David Waksman, 430 State Street, Annapolis, MD 21403, Plaintiff, v. Guidant Corporation, 111 Monument Circle,*

3

132127v1

<mark>29</mark>*29th Floor, Indianapolis, IN 46204, w/s/o CT Corporation System, 1015 15th Street, NW, #1000, Washington, DC 20005, Guidant Sales Corporation, 111 Monument Circle, 29th Floor, Indianapolis, IN 46204, w/s/o CT Corporation System, 1015 15th Street, NW, #1000, Washington, DC 20005,* in the Superior Court for the District of Columbia is removed to the United States District Court for the District of Columbia, and requests that this Court retain jurisdiction for all further proceedings.

Respectfully submitted,

*[signature]*

Carlos E. Provencio, Bar No. 461227
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Telefax: (816) 421-5547
ATTORNEYS FOR DEFENDANTS
GUIDANT CORPORATION
GUIDANT SALES CORPORATION

132127v1

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on Aaron M. Levine, Attorneys for Plaintiff, at Aaron M. Levine & Associates, 1320 19th Street, N.W., Suite 500, Washington, D.C. 20036, via Ordinary U.S. Mail this 12th day of July, 2006.

_____
Carlos E. Provencio, Bar No. 461227
ATTORNEY FOR DEFENDANTS

132127v1