IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID WAKSMAN,<br>430 State Street<br>Annapolis, MD 21403<br><br>                  Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION<br>111 Monument Circle, 29th Floor<br>Indianapolis, IN 46204<br>w/s/o CT CORPORATION SYSTEM<br>1015 15th Street, NW, #1000<br>Washington, DC 20005<br><br>GUIDANT SALES CORPORATION,<br>111 Monument Circle 29th Floor<br>Indianapolis, IN 46204<br>w/s/o CT CORPORATION SYSTEM<br>1015 15th Street, NW, #1000<br>Washington, DC 20005<br><br>                  Defendants. | CIVIL ACTION NO. _____ |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendants state the following:

1. Effective as of April 21, 2006, Guidant Corporation is a wholly-owned subsidiary of Boston Scientific Corporation. Based on currently available information, no publicly held company or investment fund holds a 10% or greater interest in Boston Scientific Corporation.

2. Guidant Sales Corporation is a wholly-owned subsidiary of Cardiac Pacemakers, Inc. Cardiac Pacemakers, Inc. is a wholly-owned subsidiary of Guidant

- 1 -

132173v1

Corporation, which as noted above, is a wholly-owned subsidiary of Boston Scientific Corporation.

DATED this 12th day of July, 2006.

_____
Carlos E. Provencio, Bar No. 461227
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:    (816) 474-6550
Telefax:    (816) 421-5547

ATTORNEYS FOR DEFENDANTS
GUIDANT CORPORATION AND
GUIDANT SALES CORPORATION

132173v1

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing on Aaron M. Levine, Attorneys for Plaintiff, at Aaron M. Levine & Associates, 1320 19th Street, N.W., Suite 500, Washington, D.C. 20036, via Ordinary U.S. Mail this 12th day of July, 2006.

_____
Carlos E. Provencio, Bar No. 461227
ATTORNEY FOR DEFENDANTS

132173v1