# Exhibit C

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

In re Guidant Corp. Implantable
Defibrillators Products Liability                    **MDL No. 1708**
Litigation

## TWENTY-THIRD NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Defendants Guidant Corporation, Guidant Sales Corporation and

Cardiac Pacemakers, Inc. hereby respectfully notify the Clerk of the Panel of potential tag-along

actions as set forth below and state as follows:

1.      By Motion to Transfer dated June 14, 2005, Plaintiff Darcy Munson

sought consolidation and coordination of several actions as set forth in the Schedule of Actions

attached thereto.

2.      By Transfer Order dated November 7, 2005, the Panel ordered that the

actions subject to the Motion for Transfer be transferred to the District Court for the District of

Minnesota and assigned to the Honorable Donovan W. Frank for coordinated and consolidated

pretrial proceedings.

3.      The following potential tag-along actions, like those actions identified in

the original Schedule of Actions attached to Munson's Motion to Transfer, are pending in federal

courts and involve allegations of injuries from cardiac medical devices:

1979060v1

- 1 -

EXHIBIT

B

PENGAD 800-631-6989

- **CALIFORNIA**
  - *Young, Leonard  vs. Guidant Corporation, et al.*; Case No. CV06-2750 (USDC CD CA) removed on May 5, 2006.

- **FLORIDA**
  - *Pealy, Angenette vs. Guidant Corporation, et al.*; Case No.2:06-cv-00222 (USDC MD FL) filed on May 2, 2006;

- **GEORGIA**
  - *Wooten, Faye  vs. Guidant Corporation, et al.*; Case No. 4:06cv00101 (USDC ND GA) filed on May 4, 2006;

- **LOUISIANA**
  - *Asevedo, Leland M. vs. Guidant Corporation, et al.*; Case No. 2:06cv02461 (USDC ED LA) filed on May 9, 2006;

- **NEW MEXICO**
  - *Baeza, Rodolfo  vs. Guidant Corporation, et al.*; Case No. CIV-06-0407 (USDC NM) removed on May 12, 2006;

  - *Tellez, Henry  vs. Guidant Corporation, et al.*; Case No. CIV-06-0408 (USDC NM) removed on May 12, 2006;

- **TEXAS**
  - *Baker, Cynthia  vs. Guidant Corporation, et al.*; Case No. 3-06CV0835 (USDC ND TX) filed on May 9, 2006;

  - *Pierce, Betty Jo  vs. Guidant Corporation, et al.*; Case No. 1:06-CV-00343 (USDC WD TX) filed on May 5, 2006;

- **WASHINGTON**
  - *Portmann, James  vs. Guidant Corporation, et al.*; Case No.C06-5254 (USDC WD WA) removed on May 9, 2006.

1979060v1

4.    Transfer of the potential tag-along actions to the District of Minnesota for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in this Panel's Transfer Order.

5.    Copies of the Complaints in these cases are attached hereto for the Panel's convenience.

Respectfully submitted,

Timothy A. Pratt    by Jane G. Bartley
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
tpratt@shb.com

**Counsel for Defendants Guidant Corporation, Cardiac Pacemakers, Inc. and Guidant Sales Corporation**

- 3 -

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

In re Guidant Corp. Implantable
Defibrillators Products Liability                    **MDL No. 1708**
Litigation

**PROOF OF SERVICE**

I hereby certify that on May 15, 2006, a copy of the Twenty-Third Notice of

Potential Tag-Along Actions was served on counsel listed below, via U.S. Mail.

_Timothy A. Pratt_  by Jane F. Bartley
**Counsel for Defendants Guidant
Corporation, Cardiac Pacemakers, Inc. and
Guidant Sales Corporation**

Charles S. Zimmerman
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
Phone: 612-341-0400
Fax: 612-341-0844
*Plaintiffs' Lead Counsel*

Richard Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Alexandria, LA 71301
Phone: 318-487-9874
Fax: 318-561-2591
*Planitffs' Lead Counsel*

Elizabeth Cabraser
LIEFF, CABRASER, HEMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Phone: 415-956-1000
Fax: 415-956-1008
*Plaintiffs' Lead Counsel*

- 4 -

1979060v1

Seth R. Lesser
LOCKS LAW FIRM, PLLC
110 East 55th Street
New York, NY 10022
Phone: 212-838-3333
Fax: 212-838-3735
*Plaintiffs' Lead Counsel*

Andrew Ellis
ANDREW ELLIS & ASSOCIATES
100 Corporate Pointe
Suite 390
Culver City, CA 90230
Phone: 310-641-3335
*Plaintiff's Counsel in Leonard Young vs. Guidant Corporation, et al.*

Michael Goetz
MORGAN & MORGAN, P.A.
101 East Kennedy Blvd.
Suite 1790
Tampa, FL 33602
Phone: 813-223-5505
Fax: 818-223-5402
*Plaintiffs' Counsel for Angenette Pealy vs. Guidant Corporation, et al.*

Robert K. Finnell
THE FINNELL FIRM
One West Fourth Ave.
Suite 200
Rome, Georgia 30161
Phone: 706-235-7272
Fax: 706-235-9461
*Plaintiff's Counsel for Faye Wooten vs. Guidant Corporation, et al.*

Walter C. Dumas
DUMAS & ASSOCIATES LAW CORPORATION
1263 Government Street
Post Office Box 1366
Baton Rouge, Louisiana 70821-1366
*Plaintiff's Counsel for Leland M. Asevedo vs. Guidant Corporation, et al.*

- 5 -

Turner W. Branch
BRANCH LAW FIRM
2025 Rio Grande Blvd., NW
Albuquerque, New Mexico 87104
Phone:  505-243-3500
Fax: 505-243-3534
*Plaintiffs' Counsel for Rodolfo Baeza vs. Guidant Corporation, et al. and Henry Tellez vs. Guidant Corporation, et al.*

Ellen Presby
BARON & BUDD
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219
Phone: 214-521-3605
Fax: 214-520-1181
*Plaintiff's Counsel for Cynthia Baker vs. Guidant, et al.*

James A. Rodman
RHEA & RODMAN
2003 North Lamar
Suite 100
Austin, Texas 78705
Phone: 512-481-0400
Fax: 512-481-0500
*Plaintiff's Counsel for Betty Jo Pierce vs. Guidant, et al.*

David A. Bufalini
LAW OFFICE OF DAVID A. BUFALINI
2915 N McCarver
Suite 100
Tacoma, WA 98403
Phone: 253-272-2100
Fax: 253-272-9988
*Plaintiffs' Counsel for James Portmann  vs. Guidant Corporation, et al.*

1979060v1