A CERTIFIED TRUE COPY

SEP - 1 2006

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 16 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1708

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-17)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 171 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

SEP 0 6 2006

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED

SEP 0 5 2006

U.S. DISTRICT COURT MP

Case 1:06-cv-01251-GK   Document 5   Filed 10/03/2006   Page 2 of 3
Case 0:05-md-01708-DWF-AJB   Document 564   Filed 09/06/2006   Page 2 of 3

Page 1 of 2

# SCHEDULE CTO-17 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
### IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC 8   06-669 | Douglas Schreyer v. Guidant Corp. | 06-3581 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3   06-1391 | Gaylord Johnson, et al. v. Guidant Corp. | 06-3582 |
| **DISTRICT OF COLUMBIA** | | |
| DC 1   06-1224 | Doris Minor, etc. v. Guidant Sales Corp. | 06-3583 |
| DC 1   06-1251 | David Waksman v. Guidant Corp., et al. | 06-3584 |
| **FLORIDA MIDDLE** | | |
| FLM 3   06-612 | Albert A. DeFrancesco v. Guidant Corp., et al. | 06-3585 |
| **FLORIDA SOUTHERN** | | |
| FLS 0   06-61018 | Benjamin Strum, et al. v. Guidant Corp, et al. | 06-3586 |
| **KENTUCKY WESTERN** | | |
| KYW 3   06-328 | Eric J. Shadowens v. Guidant Corp., et al. | 06-3587 |
| KYW 3   06-330 | Charles Armstrong, et al. v. Guidant Corp, et al. | 06-3588 |
| **LOUISIANA EASTERN** | | |
| LAE 2   06-3412 | Warren Bordelon v. Guidant Corp., et al. | 06-3589 |
| LAE 2   06-3510 | Ada Smith, et al. v. Guidant Corp. | 06-3590 |
| LAE 2   06-3541 | Patricia Charles v. Gudiant Corp., et al. | 06-3591 |
| LAE 2   06-3755 | Lawrence Norman v. Guidant Corp., et al. | 06-3592 |
| **LOUISIANA MIDDLE** | | |
| LAM 3   06-503 | William Collins v. Guidant Corp., et al. | 06-3593 |
| LAM 3   06-507 | Patrick Swindler v. Guidant Corp. | 06-3594 |
| **NEW JERSEY** | | |
| NJ 3   06-3268 | Georgia N. Love v. Guidant Corp., et al. | 06-3595 |
| **NEW YORK EASTERN** | | |
| NYE 2   06-3164 | Robert Carver, et al. v. Guidant Corp., et al. | 06-3596 |
| **PUERTO RICO** | | |
| PR 3   06-1705 | Wanda Rodriguez v. Guidant Corp., et al. | 06-3597 |
| **TENNESSEE EASTERN** | | |
| TNE 1   06-147 | Bobbie S. McKaig, etc. v. Guidant Corp., et al. | 06-3598 |
| TNE 1   06-152 | Joe B. Hood, et al. v. Guidant Corp., et al. | 06-3599 |
| **TENNESSEE WESTERN** | | |
| TNW 2   06-2441 | Helen Woodward v. Guidant Corp., et al. | 06-3600 |
| **TEXAS NORTHERN** | | |
| TXN 3   06-1179 | Fred Brownlee v. Guidant Corp., et al. | 06-3601 |
| TXN 3   06-1303 | Eddye Dreyer Kincheloe, etc. v. Guidant Corp., et al. | 06-3602 |

SCHEDULE CTO-17 TAG-ALONG ACTIONS (MDL-1708)                          Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **TEXAS SOUTHERN** | | |
| TXS 1 06-118 | Roy Sumruld v. Guidant Corp., et al. | 06-3603 |
| TXS 4 06-2262 | Paul Alldrege v. Guidant Corp., et al. | 06-3604 |
| **TEXAS WESTERN** | | |
| TXW 6 06-191 | Alice Jimenez, etc. v. Guidant Corp., et al. | 06-3605 |
| **UTAH** | | |
| UT 2 06-551 | Joseph Merrill v. Guidant Corp., et al. | 06-3606 |